to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHEMUNG IRON & STEEL COMPANY, INC., v. THE COAL AND IRON NATIONAL BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETTA C. BURBIDGE v. ACIERNO AMUSEMENT CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of FRANK J. TYLER, as Trustee, etc., of BENJAMIN HAWKER, Deceased. (THEOPHILUS J. HAWKER and Others.) — Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FOREIGN AND DOMESTIC TRANSPORTATION CORPORATION v. PERCY R. PYNE, 2D, and Others, and THE PERCY BIRDSALL CORPORATION and Others.— Motion to dismiss appeal · granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS SCHECKNER v. ABRAHAM WITTNER and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FOREIGN AND DOMESTIC TRANSPORTATION CORPORATION v. PERCY R. PYNE, 2D, and Others, and THE PERCY BIRDSALL CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of CHARLES J. GAVAN v. ABLEMO REALTY COMPANY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS LEFKOWITZ v. LEOPOLD WEISS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARBERT TRADING CORPORATION, a New York State Corporation, v. JANE SCHACHTER and Another, Impleaded with LENA WARSHAVSKY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSALIE JOEL HIRSCH v. SOL HIRSCH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of EMPIRE TRUST COMPANY, as Substituted Trustee, etc., of MATTHEW BYRNES, Deceased, for the Sale of Real Property.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before the 3d day of March, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of EMPIRE TRUST COMPANY, as Substituted Trustee, etc., of MATTHEW BYRNES, Deceased, for the Sale of Real Property.— Motion granted, with ten dollars costs, unless appellant procure the record on, appeal to be filed on or before the 3d day of March, 1930. Present — Dowling P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of CLARA A. or AGNES SMYTHE, an Incompetent.— Motion to